IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAMESHA ARLENA ROBERTSON,

    Plaintiff,

v.

CITIBANK, NA, et al.,

    Defendants.

No. C 12-02996 JSW

**ORDER TO SHOW CAUSE**

In mid-November of 2012, Defendants Pite Duncan, LLP, Michael J. Krahenbuhl, Esq., Michael Steven W. Pite, Esq., and John Duncan, Esq. ("PD Defendants") and Citibank, N.A., Bank of America, N.A. and Recontrust Company, N.A. ("Bank Defendants") filed motions to dismiss. Those motions are scheduled to be heard on February 1, 2013. Pursuant to Northern District Local Rule 7-3(a), Plaintiff's oppositions to these two motions were due by November 30, 2012, at the latest. To date, Plaintiff has not file an opposition to either of these motions.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. If Plaintiff seeks to file a belated opposition brief, she must file a request demonstrating good cause along with her proposed opposition. Plaintiff's response to this Order to Show Cause and any request to file a belated opposition brief must be filed and served by no later than January 25, 2013. If Plaintiff seeks to file an opposition brief, and if the Court grants that request, it shall afford the PD Defendants and the Bank Defendants additional time to file a reply. The Court HEREBY CONTINUES the hearing on the PD Defendants' and the Bank Defendants' motion to dismiss to March 1, 2013 at 9:00 a.m.

1    If Plaintiff fails to file a response to this Order to Show Cause by January 25, 2013 and
2 also fails to file a request to file a belated opposition brief by that date, the Court shall dismiss
3 this case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b), without
4 further notice to the Plaintiff.

**IT IS SO ORDERED.**

Dated: January 14, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAMESHA ARLENA ROBERTSON,

    Plaintiff,

  v.

CITIBANK NA et al,

    Defendant.

Case Number: CV12-02996 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamesha Robertson
1215 Holly Burne Avenue
Menlo Park, CA 94025

Dated: January 14, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk