IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAMESHA ARLENA ROBERTSON,

    Plaintiff,

v.

CITIBANK, NA, et al.,

    Defendants.

No. C 12-02996 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received Plaintiff's response to the Order to Show Cause ("OSC"). The Court HEREBY DISCHARGES the OSC and accepts the opposition briefs filed by Plaintiff. Defendants shall file their respective replies, if any, by no later than February 4, 2013.

**IT IS SO ORDERED.**

Dated: January 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAMESHA ARLENA ROBERTSON,

    Plaintiff,

v.

CITIBANK NA et al,

    Defendant.

Case Number: CV12-02996 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamesha Robertson
1215 Holly Burne Avenue
Menlo Park, CA 94025

Dated: January 28, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk